# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | |
| *Defendant* | | |

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

                                                                                                                                .

Date:

*Attorney's signature*

*Printed name and bar number*

*Address*

*E-mail address*

*Telephone number*

*FAX number*

# **CERTIFICATE OF SERVICE**

I hereby certify that on _____, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Attorney's signature*