UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jason Sabel, derivatively on behalf of Higher One Holdings, Inc.,<br><br>        Plaintiff,<br><br>    *v.*<br><br>Marc Sheinbaum, Thomas Anderson, Paul Biddelman, Samara Braunstein, David Cromwell, Bob Hartheimer, Miles Lasater, Patrick McFadden, Mark Volchek, and Lowell Robinson,<br><br>        Defendants,<br><br>    *and*<br><br>Higher One Holdings, Inc.,<br><br>        Nominal Defendant. | Case No. 3:15-cv-00346 (AWT) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Nicole A. Veno, counsel of record for Plaintiff in this action, hereby moves to withdraw as counsel of record as she will no longer be employed by Izard Nobel LLP. Plaintiff Jason Sabel will continue to be represented by Robert A. Izard and Mark P. Kindall of Izard Nobel LLP and Kip B. Shuman and Rusty E. Glenn of the Shuman Law Firm. A copy of this motion has been sent to Plaintiff.

DATED: April 13, 2016        Respectfully submitted,

                                            By: /s/ Nicole A. Veno
                                                 Nicole A. Veno
                                                 Izard Nobel LLP
                                                 29 South Main Street, Suite 305
                                                 West Hartford, CT 06107

(860) 493-6292
nveno@izardnobel.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which will serve notice upon all counsel of record.

/s/ Nicole A. Veno
Nicole A. Veno